The stay is lifted on the condition that no payments have been received since the notice of breach. If payments have been received, this order is void. The creditor must give the debtor at least seven days notice of the time, place, and date of sale.

Filed Electronically

**Entered on Docket**
**December 28, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

RELODGE

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR2 Mortgage Pass-Through Certificates, Series 2007-BR2
09-72697 / 0326083938

## UNITED STATES BANKRUPTCY COURT
## SOUHERN DISTRICT OF NEVADA

| In Re: | 08-16377-lbr |
|---|---|
| Jaime Pineda and Alma Pineda | Motion no. Date: Time: |
| Debtors. | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on October 21, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR2 Mortgage Pass-Through Certificates, Series 2007-BR2 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 1960 Tequesta St., Las Vegas NV and legally described as follows:

PARCEL 1:

That portion of the Northwest Quarter (NW 1/4) of the Southeast Quarter (SE 1/4) of Section 24, Township 20 South, Range 60 East, M.D.B. & M., Clark County, Nevada.

Lot Two (2) as shown by Map thereof on file in File 7 of Parcel Maps, page 57, recorded November 13, 1975 as Document No. 529023, Official Records, Clark County, Nevada.

PARCEL 2:

An easement for ingress and egress over those portions of Lots One (1), Three (3) and Four (4) and lying within Private Drive as shown by said Map.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its

secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this 13th day of November, 2009.

Submitted by:
Wilde & Associates

/S/GREGORY L. WILDE

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107